UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES E. MOLLOY, Administrator of the Estate of John P. Molloy, Deceased, and DEANNA G. MOLLOY, <br><br> Plaintiffs, <br><br> vs. <br><br> DR. JAIME M. HENDERSON, DR. SONYA N. JOSEPH, DR. MOHD A. MALIK, and SAINT LOUIS UNIVERSITY, d/b/a/ SLU Care, <br><br> Defendants. | Case No. 4:01CV00808 RWS |

## ORDER OF REMAND

This matter is before the Court on Plaintiff's June 7, 2001 Motion to Remand Case to the State Court and Defendant Malik's June 7, 2001 Request to Withdraw Petition. Defendant Dr. Mohd A. Malik previously filed a Notice of removal alleging diversity jurisdiction under 28 U.S.C. § 1332(a), and removed this case from state court to this Court. While there may be diversity of citizenship between the parties, a case may be removed on the basis of diversity jurisdiction only when the defendants are the nonresident citizens. See 28 U.S.C. § 1441(b). Moreover, when removal authority does exist, it is a matter of right and does not result from a "petition" or motion that may be withdrawn.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's June 7, 2001 Motion to Remand Case to the State Court is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendant Malik's June 7, 2001 Request to Withdraw Petition is **DENIED** as moot; and

**IT IS FURTHER ORDERED** that this cause is **REMANDED** to its state court of origin.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of June, 2001.

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 06/18/01 by cahring
4:01cv808    Molloy vs Henderson

28:1332 Diversity-Medical Malpractice

| | |
|---|---|
| John Garavaglia - 3180 | Fax: 314-721-1474 |
| Ruth Przybeck - 5370 | Fax: 314-569-7880 |
| Edward Rawles - | Fax: 217-352-2109 |

&

Mariano V. Favazza, Clerk
Circuit Court of the City of St. Louis
State of Missouri
11th and Tucker
St. Louis, MO 63101

SCANNED & FAXED BY:
JUN 1 8 2001
DJO